UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

West Palm Beach Division

Civil Case No. 9:23-cv-81257-ROSENBERG/REINHART

THE INSTITUTE FOR REGIONAL CONSERVATION, CENTER FOR BIOLOGICAL DIVERSITY, and the NATIONAL PARKS CONSERVATION ASSOCIATION,

       Plaintiffs,

  v.

MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service, DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior, and U.S. FISH & WILDLIFE SERVICE,

       Defendants.

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Unopposed Motion for Leave to Amend the Joint Scheduling Report and Proposed Order (ECF No. 12), it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the Joint Proposed Briefing Schedule and Order (ECF No. 12) is amended as follows:

January 24, 2024 – Federal Defendants file their motion for summary judgment (20 pages);

February 21, 2024 – Plaintiffs file their combined cross-motion for summary judgment and opposition to Federal Defendants' motion for summary judgment (20 pages);

March 13, 2024 – Federal Defendants file a combined opposition to Plaintiffs' cross-

motion for summary judgment and reply in support of Federal Defendants' motion for summary judgment (10 pages);

April 3, 2024 – Plaintiffs file a reply in support of their cross-motion for summary judgment (10 pages).

It is SO ORDERED this ____ day of January 2024.

_____
Hon. Robin L. Rosenberg
United States District Judge